The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES DANIEL KNUPP, ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. CR12-099RSM <br><br> **ORDER FOR A COMPETENCY EXAMINATION AND CONTINUING TRIAL** |

This matter having come before the Court upon the Defendant's Motion for a Competency Hearing, the Court concludes and finds as follows:

1. Defense counsel maintains that the defendant is not competent to stand trial. In light of this development, a substantial question has been raised as to whether the defendant is competent.

2. A period of delay is necessary to determine the mental competency of the defendant. Therefore, any such delay is excludable time under the Speedy Trial Act, as contemplated by Title 18, United States Code, Section 3161(h)(1).

IT IS THEREFORE ORDERED that:

The defendant shall be examined by an expert designated by the Bureau of Prisons to occur no later than within 30 days of the date of this order, and a report shall be filed with the Court and provided to the parties pursuant to the 18 U.S.C. § 4247(c).

ORDER FOR COMPETENCY EXAMINATION/KNUPP - 1
(CR12-099RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The trial date in this matter is hereby continued until a date to be set by the Court following the
2  determination of the defendant's mental competency.
3  The period of time from the date of the order until the date that the Court determines whether
4  defendant is or is not competent is excludable time under the Speedy Trial Act as "delay resulting from
5  any proceeding, including any examinations, to determine the mental competency . . . of the defendant"
6  within the meaning 18 U.S.C. § 3161(h)(1).

DATED this 20th day of December 2012.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas A. Bates
THOMAS A. BATES
Executive Assistant United States Attorney

ORDER FOR COMPETENCY EXAMINATION/KNUPP - 2
(CR12-099RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970